UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 09-10833 GMB

Debtor: Anthony & Janet Lombardo

| Check Number | Creditor | Amount |
|---|---|---|
| 1676602 | First Franklin Loan Services | 1,882.93 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 6, 2010